## 414

**No. 57874.**—George F. Bassett & Co., Inc. *v.* United States, protest 214753–K (A) (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of hot plate mats of wood the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.

**No. 57875.**—N. Y. Bead Co. *v.* United States, protest 175301–K (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of shell strands the same in all material respects as the articles involved in *Puerto Rican Handcrafts* v. *United States* (30 Cust. Ct. 18, C. D. 1493), the claim of the plaintiff was sustained.

**No. 57876.**—Barth Feinburg, Inc., and Lansen-Naeve Corp. et al. *v.* United States, protests 196390–K, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of pieces of vellum the same in all material respects as those the subject of Abstract 57385, the claim for free entry under paragraph 1736 was sustained.

**No. 57877.**—Chester S. Brett, Inc. *v.* United States, protest 148868–K (New York).

Opinion by Oliver, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.